176 A.3d 216

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. KEN-
NETH B. GREEN, DEFENDANT–PETITIONER. STATE OF
NEW JERSEY, PLAINTIFF, v. LOUIS ADAMS, DEFENDANT.

C–369 September Term 2017
079114

November 30, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2342/3251–13
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied.